BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
RAYMOND E. PATRICCO, DISTRICT OF COLUMBIA STATE BAR NO. 454792
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ROBERTS,<br><br>Defendant. | Case No.<br><br>**INFORMATION**<br><br>26 U.S.C. § 7201 |

The United States Attorney charges:

## COUNT ONE

**26 U.S.C. § 7201**
**Evasion of Assessment of Tax**

During the calendar year 2013, the Defendant herein, MICHAEL ROBERTS, a resident

of Boise, Idaho, received taxable income, upon which there was income tax due and owing to the

United States of America.  Knowing the foregoing facts and failing to make an income tax return

on or before April 15, 2014, as required by law, to any proper officer of the Internal Revenue

Service, and to pay the income tax to the Internal Revenue Service, the Defendant, in the District

INFORMATION - 1

of Idaho and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2013, by committing the following affirmative acts, among others: received checks for the proceeds from the sale of vehicles, and deposited them into an intermediary bank account or purchased cashier's checks with them, rather than depositing them into his personal bank account; and used a third-party intermediary to sell another vehicle and wire the proceeds to another third-party from whom the Defendant received cash.

Dated this 20th day of February, 2019.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

RAYMOND E. PATRICCO
ASSISTANT UNITED STATES ATTORNEY

**INFORMATION** - 2